IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

GLORIA ROSEANNA JONES,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:04-1047

DEBORAH HICKEY, Warden,
FPC Alderson,

    Defendant.

## AMENDED JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court **DENIES** plaintiff's application under 28 U.S.C. § 2241 <u>without</u> prejudice and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Amended Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 1st day of May, 2006.

                        ENTER:

                        David A. Faber
                        Chief Judge